UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW TORO, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>MAGNESS NYC INC.,<br><br>　　　　　　　　　Defendant. | 24-CV-01394 (MMG) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　As per my Order dated May 23, 2024, (ECF 12) a joint status letter from the parties regarding the status of settlement discussions was due on Friday, June 28, 2024. The parties have not complied.

　　I am sua sponte extending the deadline for the joint status letter nunc pro tunc until **tomorrow, July 3, 2024 at 5 p.m**.

DATED:　July 2, 2024
　　　　　New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge