UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW TORO, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br> -against-<br><br>MAGNESS NYC INC.,<br><br>      Defendant. | 24-CV-01394 (MMG) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  This action is scheduled for a telephonic status conference on **August 27, 2024**, at **11:00 AM**. The parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 476 322 931#**.

  If the parties are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED: August 22, 2024
      New York, New York

                       SO ORDERED.

                       **ROBYN F. TARNOFSKY**
                       United States Magistrate Judge